IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JACOB PAUL LIPE                                                      PLAINTIFF

v.                          No. 2:16-cv-170-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; and
G. LAY, Warden, EARU, ADC                                         DEFENDANTS

## JUDGMENT

Lipe's complement is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2017